IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NELSON WHITE, JR., et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 11-7928 |
| | : | |
| THE PNC FINANCIAL SERVICES GROUP, INC., et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this 15th day of August, 2014, upon consideration of Defendants' Motions to Dismiss Plaintiffs' Second Amended Complaint (Doc. No. 149, 150) and all responses thereto, it is hereby **ORDERED** that the motions are **DENIED**, as explained in the accompanying memorandum.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.