UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NELSON WHITE, JR., *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., *et al.*,<br><br>              Defendants. | Civil Action No. 2:11-cv-07928-LS |

## JOINT STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, that all of the claims of Plaintiffs Nelson White, Jr., Lisa White, Charles Hightower, Colleen Hightower, Dan B. Johnston, Michelle B. Johnston, George G. Donald, Jr., Luz Garcia, Jill Crumpler and Kevin Zielinski (collectively, "Plaintiffs") against Defendant Radian Guaranty Inc. ("Radian") are hereby dismissed with prejudice and that Plaintiffs and Radian will each bear their own costs.

                                              Respectfully submitted,

                                              **SCHNADER HARRISON SEGAL AND LEWIS L.L.P.**

Dated: April 28, 2015              By: /s/ David Smith

                                              David Smith
                                              Stephen Andrew Fogdall
                                              Theresa E. Loscalzo
                                              1600 Market Street, Ste 3600
                                              Philadelphia, PA 19103

                                              **Attorneys for Defendant**
                                              **RADIAN GUARANTY INC.**

**KESSLER TOPAZ MELTZER & CHECK LLP**

Dated: April 28, 2015

By: s/ Edward W. Ciolko (with consent)

Edward W. Ciolko
Donna Siegel Moffa
Amanda Trask
Michael K. Yarnoff
Terence S. Ziegler
Joseph H. Meltzer
280 King of Prussia Road
Radnor, PA  19087

**Attorneys for Plaintiffs and the Proposed Class**

**KAUFMAN COREN & RESS PC**

Dated:  April 28, 2015

By: /s/ William L. Kirkman (with consent)

Steven M. Coren
Bruce Bodner
Matthew R. Williams
Two Commerce Square
2001 Market Street, Ste 3900
Philadelphia, PA  19103

KIRKMAN LAW FIRM PLLC
William L. Kirkman
201 Main Street, Ste 1160
Fort Worth, TX  76102

**Attorneys for Defendant**
**REPUBLIC MORTGAGE INSURANCE COMPANY**

**REED SMITH, LLP**

Dated: April 29, 2015

By: s/ Louis W. Schack (with consent)

Robert A. Nicholas
Louis W. Schack
Three Logan Square
1717 Arch Street, Ste 3100
Philadelphia, PA  19103

**Attorneys for Defendant**
**THE PNC FINANCIAL SERVICES GROUP, INC.**

**IT IS SO ORDERED:**

DATED: __4/30/15__      _____
                        HON. LAWRENCE F. STENGEL